**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1241**

_____

MARK DOUGLAS BROOKS,

       Plaintiff - Appellant,

    v.

DADMA LYDIA DIAZ C; JUDGE LAWRENCE HAMMOND; KRISTY M. NEWTON,
DA; CANDACE E. SILER; JUDGE REGINA M. JOE,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:14-cv-00794-TDS-LPA)

_____

Submitted:  July 21, 2015          Decided:  July 23, 2015

_____

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Mark Douglas Brooks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Douglas Brooks appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Brooks v. Diaz C, No. 1:14-cv-00794-TDS-LPA (M.D.N.C. Feb. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED